UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:10-cr-00018-JMS-CMM |
| | ) | |
| CHRISTOPHER MORRISON (04), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig McKee's Report and Recommendation dkt [317] recommending that Christopher Morrison's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge McKee's Report and Recommendation dkt [317]. The Court finds that Mr. Morrison committed Violation Numbers 1 and 3 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [309]. The Court dismisses Violation Number 2 dkt [309]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Morrison is sentenced to the custody of the Attorney General or his designee for a period of twenty-one (21) months with no supervised release to follow. The Court recommends placement at BOP Greenville, Illinois.

Date: 8/20/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal